**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HORACE MANN INSURANCE CO., | ) | 1:12 -CV - 00316 LJO - JLT |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY** |
| v. | ) | **PETITION FOR GUARDIAN AD LITEM** |
| | ) | **HAS NOT BE FILED** |
| RANDAL FORCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The Court held the initial scheduling conference in this matter on June 20, 2012. (Doc. 12). At that time the Court ordered counsel for the Defendant minor Luke Gonzalez to file a petition for appointment as a guardian ad litem not later than June 29, 2012. (Doc. 12). Counsel has failed to do so.

Accordingly,

1. Counsel for the minor Luke Gonzalez is ORDERED to show cause within 10 days of service of this order, why the petition for appointment has not been submitted and to submit the petition previously ordered by the Court;

///

///

///

1

2. Counsel for the minor is warned that failure to comply with the Court's order may result in sanctions.

IT IS SO ORDERED.

Dated: **July 2, 2012**                                   **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE