UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE MANN INSURANCE CO., <br><br> Plaintiff, <br> v. <br> RANDAL FORCE, et al., <br><br> Defendants. | Case No.: 1:12-cv-00316 LJO JLT <br><br> **ORDER TO PLAINIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT THE FURTHER SCHEDULING CONFERENCE AND FOR FAILURE TO PROSECUTE THE ACTION** <br><br> **ORDER TO COUNSEL FOR THE GAL, JESSIE GONZALEZ, TO SHOW WHY THE MATTER SHOULD NOT BE DISMISSED COMPLY WITH THE COURT'S ORDERS** |

On September 6, 2012, the Court held the further scheduling conference. This conference was set at the time of the original scheduling conference held on June 20, 2012. (Doc. 12) At that time, counsel reported that all agreed that the matter would be dismissed but, because a child is named in the action and dismissal impacted his legal position, a minor's compromise was needed. Id. Thus, the Court ordered the motion for appointment of a guardian ad litem be filed by June 29, 2012 and the motion for the approval of the minor's compromise by filed no later than August 1, 2012. Id. The motion for appointment of a guardian ad litem was filed, finally, on July 12, 2012 and the motion for approval of the minor's compromise has not yet been filed.

Plaintiff failed to appear at the further scheduling conference. Mr. Cohn appeared for the

1

conference though he was delayed by a matter in the Kern County Superior Court.

Accordingly,

1. Counsel for the guardian ad litem, Jessie Gonzalez, are **ORDERED** to show cause within 10 days of service of this order why sanctions should not be imposed—up to and including dismissal of the action—for the failure to comply with the Court's order that the motion for approval of the minor's compromise be filed.  Alternatively, within this same time period, counsel may file the motion for approval of the minor's compromise;

2. Counsel for Plaintiff is **ORDERED** to show cause within 10 days of service of this order, why should not be imposed—up to and including dismissal of the action—for the failure to appear at the further scheduling conference and for the failure to prosecute this action.

IT IS SO ORDERED.

Dated:   **September 6, 2012**                        **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE