**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HORACE MANN INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDAL FORCE, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No.: 1:12-cv-00316 LJO JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> (Doc. 34) |

By order filed June 20, 2012, the Court set a further scheduling conference on September 6, 2012 at 9:30 a.m. in Bakersfield at 510 19th Street. (Doc. 12). When Plaintiff failed to appear at the scheduled time, the Court ordered them to show cause within 10 days why the matter should not be dismissed. (Doc. 16.) In addition, the Court ordered the parties to show cause for failing to comply with the Court's order to file the minor's compromise. (Doc. 16). Alternatively, the Order to Show Cause allowed counsel for the guardian ad litem to file the motion for approval of the minor's compromise within the 10 day period.[1] (Doc. 16)

On September 13, 2012, Plaintiff responded to the order to show cause. (Doc. 17.) Therein, counsel for Plaintiff explained that the September 6, 2012 hearing was mistakenly omitted from her

---

[1] The June 20, 2012 order required the motion for approval of the minor's compromise to be filed by August 1, 2012. (Doc. 12).

1

calendar and therefore she did not appear. (Doc. 17). She requested the Court allow an additional 10 days to obtain signatures on the settlement agreement and to allow counsel for the guardian ad litem to prepare and file the motion for the minor's compromise. (Doc. 17). Counsel for the guardian ad litem responded to the Court's order and requested an additional 20 days to allow the settlement documents to be signed and the motion for the approval of the minor's compromise to be filed. (Doc. 19). Counsel stated that he has approved and signed the settlement agreement and is waiting for the other parties to sign the agreement before he can proceed with the minor's compromise. (Doc. 19).

Accordingly, **IT IS HEREBY ORDERED**:

1. Counsel for the guardian ad litem SHALL file a petition for minor's compromise by October 12, 2012;
2. Failure to comply with this Court's order will result in sanctions.
3. The Order to Show Cause issued September 6, 2012 is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **September 26, 2012**          /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE