IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE MANN INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     vs.<br><br>RANDAL AND JENNIFER FORCE, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 12-0316 LJO JLT<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS GONZALEZ DEFENDANTS**<br>(Doc. 29) |

**INTRODUCTION**

Minor defendant L.G. sought this Court's approval of settlement on his behalf with plaintiff Horace Mann Insurance Company ("Horace Mann"). U.S. Magistrate Judge Jennifer L. Thurston issued April 18, 2013 findings and recommendations to approve the settlement and to dismiss L.G. and his parents defendants Jesse and Jody Gonzalez (collectively with L.G. the "Gonzalez defendants"). Horace Mann objects to dismissal of the Gonzalez defendants in that the Gonzalez defendants executed an original settlement agreement including defendants Randal and Jennifer Force (collectively the "Force defendants") as parties but not a second settlement agreement excluding the Force defendants. Horace Mann fails to demonstrate that the settlement agreement executed by the Gonzalez defendants is not enforceable.

1

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's April 18, 2013 findings and recommendations;
2. DISMISSES this action against the Gonzalez defendants only; and
3. ORDERS Horace Mann, no later than May 17, 2013, to file papers to either to: (1) dismiss this action against the Force defendants; or (b) seek entry of default and default judgment against the Force defendants.

IT IS SO ORDERED.

Dated:   **May 3, 2013**          /s/  Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE