# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE MANN INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>RANDAL AND JENNIFER FORCE, et al.,<br><br>            Defendants. | CASE NO. CV F 12-0316 LJO JLT<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 32.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice all remaining claims;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 13, 2013**             /s/  Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE