# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| HORACE MANN INSURANCE COMPANY, | CASE NO. CV F 12-0316 LJO JLT |
|---|---|
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 32.) |
| vs. | |
| RANDAL AND JENNIFER FORCE, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice all remaining claims;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   May 13, 2013**          /s/  **Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE